IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISON

CEQUENT CONSUMER PRODUCTS, INC.
an Ohio Corporation,

    Plaintiff,

vs.

HOPKINS MANUFACTURING CORPORATION
a Kansas Corporation

    Defendant.

Case No. 1:09-cv-02905-DAP

## DECLARATION OF DANIEL LEE SCHELLER

I, Daniel Lee Scheller, declare:

1. I am a named inventor of U.S. Patent No. 6,749,438, entitled "Towing Connector."

2. I am employed as a director of marketing by Hopkins Manufacturing Corporation in Emporia, Kansas.

3. I reside at 1942 Briarcliff Lane, Emporia, Kansas.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/12/10

Daniel Lee Scheller